August 26, 2011

Mr. James C. Ho
Gibson Dunn & Crutcher LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
Mr. George Stewart Whitehead
Winstead P.C.
401 Congress, Suite 2100
Austin, TX 78701

RE: Case Number: 09-0481
 Court of Appeals Number: 03-08-00213-CV
 Trial Court Number: D-1-GN-07-004179

Style: SUSAN COMBS, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF
 TEXAS, AND GREG ABBOTT, ATTORNEY GENERAL OF THE STATE OF TEXAS
 v.
 TEXAS ENTERTAINMENT ASSOCIATION, INC. AND KARPOD, INC.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/082611.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Jeffrey D. Kyle |
| |Ms. Amalia Rodriguez |
| |Mendoza |
| |Mr. Christopher D. |
| |Kratovil |
| |Mr. Stephen Michael Dacus|
| | |
| |Mr. Kelly J. Shackelford |